# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:09cv213

| | |
|---|---|
| ANDREW M. WEISSING, INC., ) <br> d/b/a WEISSING CONSTRUCTION ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SUNBELT RENTALS, INC. ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motions for admission of attorneys Cullin A. O'Brien and Stuart A. Davidson as counsel *pro hac vice*. [Docs. 5 & 6].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motions [Docs. 5 & 6] are **ALLOWED**, and Cullin A. O'Brien and Stuart A. Davidson are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: June 29, 2009

Martin Reidinger
United States District Judge