IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:09cv213

| | | |
|---|---|---|
| ANDREW M. WEISSING, INC. d/b/a Weissing Construction, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | O R D E R |
| SUNBELT RENTALS, INC., | ) ) | |
| Defendant. | ) ) ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Admission *Pro Hac Vice* of Scott B. Cosgrove. [Doc. 10].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motion [Doc. 10] is **ALLOWED**, and Scott B. Cosgrove is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: August 13, 2009

Martin Reidinger
United States District Judge