IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-213

ANDREW M. WEISSING, INC. d/b/a )
WEISSING CONSTRUCTION, )
Individually and on Behalf of All Others )
Similarly Situated, )
)
)
Plaintiff, )
)
vs. )
)
SUNBELT RENTALS, INC., )
)
Defendant. )
_____)

## ORDER GRANTING JOINT MOTION FOR STAY OF DISCOVERY

THIS CAUSE is before the Court on the parties' Joint Motion for Stay of Discovery (the "Motion to Stay"). The Court, having carefully considered the Motion to Stay, noting the agreement of the parties, and being otherwise duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion to Stay is GRANTED. All discovery and other deadlines are hereby stayed while the parties concentrate their efforts on resolving this matter. Should the parties be unable to reach an agreement in the next sixty (60) days to resolve this matter, they are instructed to promptly notify the Court of the same and hold another Fed. R. Civ. P. 26(f) conference to confer on those deadlines, and other matters, enumerated under Local Rule 16.1.

IT IS SO ORDERED.

Signed: September 17, 2009.

GRAHAM C. MULLEN
SENIOR UNITED STATES DISTRICT JUDGE